AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 1 1 2024
ARTHUR JOHNSTON
BY: _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Mario Cole | ) Case No. 3:24-mj-603-ASH |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mario Cole ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Titlle 18, United States Code, Section 922(g)(1) - Possession of Ammunition by a Convicted Felon


Date: 3/18/2024

_____
Issuing officer's signature

City and state:   Jackson, Mississippi         Andrew S. Harris, United States Magistrate Judge
                                              *Printed name and title*

---

### Return

| This warrant was received on *(date)* 3/18/24 , and the person was arrested on *(date)* 3/18/24 |
|---|
| at *(city and state)* Jackson, MS . |
| Date: 3/19/24 |

A TRUE COPY, I HEREBY CERTIFY
ARTHUR JOHNSTON, CLERK
BY: _____
DEPUTY CLERK

_____
Arresting officer's signature

Blakely, DUSM
*Printed name and title*